UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                              **CIVIL ACTION NO. 03-12525-RCL**

**MITCHELL GERTZ**

### NOTICE OF DEFAULT

For failure of the defendant, **Mitchell Gertz** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 23rd day of March, 2004.

                                          TONY ANASTAS, CLERK

                                          By:/s/ Lisa M. Hourihan
March 23, 2004                                   Deputy Clerk