UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES,**
    **Plaintiff**

**V.**                                                         CIVIL ACTION NO. 03-12525-RCL

**MITCHELL GERTZ,**
    **Defendant**

### PROCEDURAL ORDER ON DEFAULT

**LINDSAY, D.J.**

On <u>March 23, 2004</u>, notice(s) of default was/were issued as to defendant(s) <u>Mitchell Gertz</u> pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default (including a proposed form of judgment by default), it shall do so on or before <u>June 25, 2004</u>. Failure to do so may result in dismissal.

June 7, 2004                                          By the Court,

                                                      /s/ Lisa M. Hourihan
                                                      Deputy Clerk