UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.    )<br>)<br>MITCHELL M. GERTZ, )<br>)<br>Defendant. ) | 03-12525-RCL |

## AGREEMENT FOR JUDGMENT

The plaintiff, the United States of America, and the defendant, Mitchell M. Gertz (hereinafter "Gertz"), hereby agree to entry of judgment against Gertz in the amount of $3,413.15, which includes the principal amount of $3,345.86; plus $67.29 accrued interest at the rate of 4.0 percent on the debt through and including March 29, 2004, with interest at the legal rate of 1.18 percent from April 3, 2004 to the date of its satisfaction.

1.  The United States and Gertz agree to entry of this judgment on the following terms and conditions:

    a.  Gertz will make monthly payment in the amount of $60.00 commencing on May 15, 2004.

    b.  Interest of 1.18 percent shall accrue until paid in full.

    c.  Gertz is required to submit a personal financial statement, which is issued by the Department of Justice, on or before January 1st of each year. It shall be the responsibility of the Gertz to obtain a copy of the personal financial statement from the United States Attorney's Financial Litigation Unit.

    d.  In no event shall the monthly payments be less than $60.00.

2. All payments are due by the 15th day of each month. Gertz is in material default if the payment envelope is post marked after the 15th day of the month.

3. A material default occurs if the Gertz fails to satisfy any of the conditions set forth in paragraph 1 and 2.

4. A material default also occurs if Gertz makes any false statements to the United States regarding Gertz's financial condition.

5. Because early payments are not penalized, Gertz is encouraged to make them.

6. IF A MATERIAL DEFAULT OCCURS, THE TERMS OF PARAGRAPH ONE (1) ARE VOID AND THE ENTIRE AMOUNT OF JUDGMENT IS DUE IMMEDIATELY. THE UNITED STATES WILL USE ALL REMEDIES TO COLLECT THE FULL AMOUNT OF THE JUDGMENT, INCLUDING THOSE PURSUANT TO THE FEDERAL DEBT COLLECTIONS PROCEDURES ACT.

7. Upon entry of the judgment, the United States may take whatever action is necessary to perfect a lien on such judgment under federal and state law.

FOR THE PLAINTIFF:
Dated: June 7, 2004

                          UNITED STATES OF AMERICA
                          By its attorneys

                          MICHAEL J. SULLIVAN
                          United States Attorney

By: _____
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3288

FOR THE DEFENDANT:
Dated:

                          _____
                          Mitchell M. Gertz